UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

SIGMA CAPITAL MANAGEMENT, LLC,

        Defendant,

and

SIGMA CAPITAL ASSOCIATES, LLC,
S.A.C. SELECT FUND, LLC,

        Relief Defendants.

No. 13 Civ. 1740 (HB)

*ECF Case*

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm Willkie Farr & Gallagher LLP, is hereby entering an appearance as counsel of record for Defendant Sigma Capital Management LLC and Relief Defendants Sigma Capital Associates, LLC and S.A.C. Select Fund, LLC.

Dated: March 20, 2013
New York, New York

        WILLKIE FARR & GALLAGHER LLP

        By: /s/ Martin Klotz

        Martin Klotz
        787 Seventh Avenue
        New York, New York 10019
        Tel.: (212) 728-8000
        mklotz@willkie.com

*Attorney for Defendant Sigma Capital Management LLC and Relief Defendants Sigma Capital Associates, LLC and S.A.C. Select Fund, LLC*